IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:21-CV-00135-BO

WOODROW WILSON JUDGE,     )
                          )
            Plaintiff,    )
                          )
    v.                    )
                          )
KILOLO KIJAKAJI,          )
Acting Commissioner of    )
Social Security,          )
                          )
            Defendant.    )
                          )

**ORDER**

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the

Equal Access to Justice Act, and Defendant's opposition thereto, it is this _13_ day

of _Jan,_____, _2023_.

ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal

Access to Justice Act, 28 U.S.C. § 2412, in the amount of _7504.73_ in full satisfaction

of all claims arising under the Equal Access to Justice Act. The fee shall be payable

to Plaintiff and sent to Plaintiff's counsel, Russell R. Bowling, Of Counsel, Olinsky

Law Group, 77 West Main Street, Franklin, NC 28734.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE