UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WOODROW WILSON JUDGE, )
        Plaintiff, )
         )
v. ) CIVIL ACTION NO. 5:21-cv-00135-BO
         )
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
        Defendant. )

## ORDER

AND NOW, this __15__ day of May, 2023, on consideration of the parties' joint motion for approval of stipulated award of attorney's fees pursuant to the Equal Access to Justice Act, it is hereby,

ORDERED that the Order and Judgment entered January 18, 2023 (Doc. 37, 38), are VACATED, and Plaintiff, Woodrow Wilson Judge, is awarded Ten Thousand dollars and 00/100 cents ($10,000.00) in attorney fees, One Thousand and Twenty-Six dollars and 01/100 cent ($1,026.01) in expenses, and costs in the amount of Five Hundred and Five dollars and 00/100 cents ($505.00), under the Equal Access to Justice Act, 28 U.S.C. § 2412. Full or partial remittance of the award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the award in this Order to the extent necessary to satisfy such debt(s).

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge